Julia C. Mely, et al., Plaintiffs-Appellants, v. Vaneta Rosenberger, Defendant-Appellee.

Gen. No. 69–39. (Abstract of Decision.)

Fifth District.
April 9, 1970.

Frank H. Walker, of Mt. Vernon, for appellants; Howard & Howard, of Mt. Vernon, for appellee. Opinion by JUSTICE GOLDENHERSH. Not to be published in full.